# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20cr136 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JEFFREY PASTOR (1), | : | |
| Defendant. | : | |

## ORDER APPOINTING COUNSEL

For good cause shown, the Court appoints Karen Savir, Federal Public Defender, 250 E. 5th Street, Suite 350, Cincinnati, Ohio, 45202 to represent Defendant Jeffrey Pastor in the above-captioned case effective July 18, 2022.

**IT IS SO ORDERED.**

                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF OHIO

                                         By:    */s/ Matthew W. McFarland*
                                                 JUDGE MATTHEW W. McFARLAND